IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | 2:06-cv-2134-GEB-KJM |
| Plaintiff, | |
| v. | ORDER RE:  SETTLEMENT AND DISPOSITION |
| TSA STORES, d/b/a SPORTS AUTHORITY, et al., | |
| Defendants. | |

On November 22, 2006, Plaintiff filed a Notice of Settlement in which he states this action "has been resolved in its entirety" and "the parties anticipate filing a [dispositional document] within three weeks."

Therefore, a dispositional document shall be filed no later than December 12, 2006.  Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed.  See L.R. 16-160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

/////

/////

1

1  The status conference scheduled for December 18, 2006, is
2 reset for hearing on January 16, 2007, in the event that no
3 dispositional document is filed, or if this action is not otherwise
4 dismissed. Further, a joint status report shall be filed fourteen
5 days prior to the status conference.[1]
6  IT IS SO ORDERED.
7
Dated: November 27, 2006

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The status conference will remain on calendar, because the mere representation that an action has been settled does not justify removal of the action from a district court's trial docket. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2